IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA MAY LONG,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Commissioner of the<br>Social Security Administration,<br>Defendant. | : | No. 12-5307 |



FILED
AUG 23 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**MARY A. MCLAUGHLIN, J.**

AND NOW, this 23rd day of August 2013, upon careful and independent consideration of the request for review, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

MARY A. MCLAUGHLIN, J.
U. S. DISTRICT COURT JUDGE